IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA                §
                                        §
v.                                      §    CASE NO.: 3:25-CR-00127-B
                                        §
JUSTIN BROOKS                           §

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

**JUSTIN BROOKS**, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to Count(s) Two and Three of the three-count Indictment filed March 25, 2025. After cautioning and examining JUSTIN BROOKS under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea(s) were knowledgeable and voluntary and that the offense(s) charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea(s) of guilty be accepted, and that JUSTIN BROOKS be adjudged guilty of Possession of Child Pornography in violation of 18 U.S.C. § 2252A(a)(5)(B), and have sentence imposed accordingly. After being guilty of the offense by the district judge,

☐　The defendant is currently in custody and should be ordered to remain in custody.

☐　The defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(1) unless the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released.

　　☐　The Government does not oppose release.
　　☐　The defendant has been compliant with the current conditions of release.
　　☐　I find by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c).

　　☐　The Government opposes release.
　　☐　The defendant has not been compliant with the conditions of release.
　　☐　If the Court accepts this recommendation, this matter should be set for hearing upon motion of the Government.

☒　The defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(2) unless (1)(a) the Court finds there is a substantial likelihood that a motion for acquittal or new trial will be granted, or (b) the Government has recommended that no sentence of imprisonment be imposed, or (c) exceptional circumstances are clearly shown under § 3145(c) why the defendant should not be detained, and (2) the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released.

Date:　February 26, 2026

DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 6 2026

_____
BRIAN MCKAY
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

CLERK, U.S. DISTRICT COURT
By

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B). KAF